IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROL WALLACE, )<br>    Plaintiffs, )<br>  )<br>  v. ) No.<br>  )<br>  )<br>OFFICER M.J. FAHEY, STAR #19295, )<br>OTHER UNKNOWN CHICAGO POLICE )<br>OFFICERS, and THE CITY OF )<br>CHICAGO, )<br>    Defendants. ) | FILED: JUNE 17, 2008<br>08CV3471<br>JUDGE DOW<br>MAGISTRATE JUDGE KEYS<br>TG |

## COMPLAINT

### COUNT I - ILLEGAL SEARCH

### JURISDICTION AND VENUE

1. This Court has jurisdiction based on 28 U.S.C. §§1331 and 1343(a) because the case raises federal constitutional issues.

2. The Court has supplementary jurisdiction over substantially related state claims based on 28 U.S.C. 1367(a).

3. This is an appropriate venue because all of the alleged acts occurred within the Northern District of Illinois and all of the parties reside within the Northern District of Illinois.

4. This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's

constitutional rights under the Fourth Amendment as incorporated and applied to state governments through the Fourteenth Amendment to the United States Constitution.

## PARTIES

5. Plaintiff is a citizen of the United States and resident of Chicago, Illinois.

6. Defendants, Fahey and Unknown Chicago Police officers, were on duty and acting under color of state law at all times relevant to this Complaint.

7. The City of Chicago is a municipality organized under the laws of the State of Illinois and it is the employer of Defendants Fahey and Unknown Chicago Police officers.

## THE FOURTH AMENDMENT VIOLATION

8. On or about July 19, 2007, plaintiff complained to the Chicago Sun-Times regarding police misconduct at the Dearborn Homes public housing complex.

9. Plaintiff had resided at the Dearborn Homes public housing complex for 10 years.

10. Plaintiff is an African American, 68 year old grandmother, with no criminal record.

11. Plaintiff is well known in the Dearborn Homes public housing complex.

12. Plaintiff is a highly respected "community voice" for the Dearborn Homes public housing complex.

13. After the Chicago Sun-Times published plaintiff's complaints regarding police activity at the complex defendant Fahey, and other Unknown Chicago Police officers,

fabricated information regarding the presence of narcotics at plaintiff's apartment.

14. The fabricated information was then presented to an Assistant State's Attorney in an effort to obtain a search warrant.

15. The Assistant State's Attorney relying on the false allegations supplied by Fahey and other Unknown Chicago Police officers sought and obtained a search warrant for Plaintiff's residence.

16. The search warrant illegally obtained by defendant Fahey and other Unknown Chicago police officers listed the nickname "Smalls" as a name used by Plaintiff.

17. Plaintiff has never used the name "Smalls" nor is she known by family, friends, or neighbors as "Smalls."

18. On information and belief Plaintiff is aware of a female, African American, in her 40's who goes by the nickname "Smalls."

19. That person has never resided with the plaintiff.

20. On or about July 23, 2007, defendant Fahey and other Unknown Chicago Police officer executed the illegally obtained search warrant on Plaintiff's residence.

21. Approximately 11 Chicago Police officers executed the warrant.

22. The officers proceeded to ransack Plaintiff's apartment in search of drugs pursuant to the illegally obtained search warrant.

23. No drugs were found and no charges were lodged against Plaintiff after the illegal search.

WHEREFORE, Plaintiff prays the Court will award her actual damages and costs against the City of Chicago.

## COUNT II - STATUTORY INDEMNIFICATION

1-23.  Plaintiff re-alleges paragraphs 1-23 of Count I as paragraphs 1-23 of Count II.

24.  At all relevant times 745 ILCS 10/9-102 was in full force and effect.

25.  The defendant officers were acting under color of state law and as employees of the City of Chicago.

WHEREFORE, Plaintiff prays the Court will award her actual damages and costs against the City of Chicago.

Respectfully Submitted,

S/ Kevin Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022