U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Carol Wallace<br><br>v.<br><br>Officer M.J. Fahey, Star# 19295, et. al. | Case Number:<br>FILED: JUNE 17, 2008<br>08CV3471<br>JUDGE DOW<br>MAGISTRATE JUDGE KEYS<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Carol Wallace

| | |
|---|---|
| NAME (Type or print)<br>Thomas Peters | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Thomas Peters | |
| FIRM<br>  | |
| STREET ADDRESS<br>407 S. Dearborn, Suite 1675 | |
| CITY/STATE/ZIP<br>Chicago, IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02183587 | TELEPHONE NUMBER<br>(312)697-0022 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |