# United States District Court for the Northern District of Illinois

Case Number: 08CV3471        Assigned/Issued By: DAJ

Judge Name: DOW              Designated Magistrate Judge: KEYS

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00           Receipt #: 2864359

Date Payment Rec'd: 06/17/08  Fiscal Clerk: DAJ

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__2__ Original and __0__ copies on __06/17/08__ as to __DEF'S._____
                                      (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05