# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3471 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Carol Wallace vs. M.J. Fahey , et al. | | |

**DOCKET ENTRY TEXT**

Status hearing called. No one having appeared on the Court's noticed status hearing, the instant action is hereby dismissed for want of prosecution, without prejudice pursuant to Local Rule 41.1. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|