IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CAROL WALLACE,** | ) |
|    Plaintiffs, | ) |
| | ) |
|    v. | ) No. 08 C 3471 |
| | ) |
| | ) |
| **OFFICER M.J. FAHEY, STAR #19295,** | ) |
| **OTHER UNKNOWN CHICAGO POLICE** | ) |
| **OFFICERS, and THE CITY OF** | ) |
| **CHICAGO,** | ) |
|    Defendants. | ) |

### MOTION TO REINSTATE

Now Comes the Plaintiff, Carol Wallace, by and through her attorneys and respectfully requests this Honorable Court reinstate her case. In support thereof the Plaintiff states:

1. This suit was filed on June 17, 2008.

2. This case was originally assigned to the Honorable Robert Dow Jr.

3. On June 20, 2008, Judge Dow recused himself from this case.

4. On July 7, 2008 this Court issued a minute order establishing a July 23, 2008, initial status date.

5. On June 24, 2008, summons for the Defendants were returned executed.

6. No attorney(s) have filed an appearance on behalf of either named Defendant.

7. Plaintiff's attorneys have not been contacted by phone, mail, FAX, or E-mail by the Corporation Counsel's office regarding representation of the Defendant officer or the Defendant City of Chicago.

8. Neither Thomas Peters nor Kevin Peters received via E-mail this Court's July 7, 2008, minute order setting the initial status date of July 23, 2008.

9. Neither Thomas Peters nor Kevin Peters appeared on July 23, 2008, at the initial status hearing on this case.

10. On July 23, 2008, this court dismissed this case for want of prosecution, without prejudice.

11. Counsel for Plaintiff meant no disrespect to this Court in their failure to appear on July 23, 2008.

12. Neither named Defendant would be prejudiced by the reinstatement of this case.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant her motion to reinstate this case.

Respectfully Submitted,

S/ Kevin Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022