IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| **CAROL WALLACE,** | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 08 C 3471 |
| | ) |
| | ) |
| **OFFICER M.J. FAHEY, STAR #19295,** | ) |
| **OTHER UNKNOWN CHICAGO POLICE** | ) |
| **OFFICERS, and THE CITY OF** | ) |
| **CHICAGO,** | ) |
| Defendants. | ) |

_____

## NOTICE OF MOTION

TO:

    PLEASE TAKE NOTICE that on August 20, 2008, I shall appear before the Honorable Judge Samuel Der-Yeghiayan, in Room 1903 at 219 S. Dearborn, Chicago, Illinois, at 9:00 a.m., and then and there present the attached ***PLAINTIFF'S MOTION TO REINSTATE.***

                                                S/ Kevin Peters
                                                THOMAS PETERS
                                                KEVIN PETERS
                                                ATTORNEY FOR PLAINTIFFS
                                                407 S. Dearborn, Suite 1675
                                                Chicago, IL 60605
                                                3l2-697-0022

**CERTIFICATE OF ELECTRONIC SERVICE**

      Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 14th day of August, 2008.

                                          S/ Kevin Peters