# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3471 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Carol Wallace vs. M.J. Fahey , et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiff Carol Wallace's motion to reopen case [12] is granted.  Case ordered reopened.  Status hearing set for 08/27/08 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|